578

373 A.2d 1117

Commonwealth v. Brooks, Appellant.

Submitted September 13, 1976. Timothy A. Crawford, Jr., for appellant; Arnold L. New, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

373 A.2d 1117

Commonwealth v. Brown, Appellant.

Submitted March 1, 1976. Thomas C. Zerbe, Jr., Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1117

Commonwealth v. Brown, Appellant.